UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE L. MONTES,<br><br>        Petitioner,<br><br>    v.<br><br>GREG LEWIS, WARDEN,<br><br>        Respondent. | CASE NO. CV 11-1278-AG (PJW)<br><br>J U D G M E N T |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: <u>March 18, 2012</u>.

*[signature]*

ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\Montes Judgment.wpd